**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:19cv62341**

**ELISABETH FRANKLIN,**

    **Plaintiff,**

v.

**HS3, LLC d/b/a Go-Yo Frozen Yogurt,**

    **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff Elisabeth Franklin ("Plaintiff") and Defendant HS3, LLC d/b/a Go-Yo Frozen Yogurt ("HS3") (collectively, the "Parties"), pursuant to S.D. Fla. L.R. 16.4, hereby respectfully apprise this Honorable Court that the Parties negotiated a settlement of the above-captioned matter and submit notice to the Court that all matters at issue between them in the present action have been settled. The parties expect to submit to the Court a Stipulation of Dismissal, with prejudice, within 45 days of this Notice.

Respectfully submitted this 4th day of December 2019

| | |
|---|---|
| /s/ *Jabrael S. Hindi* | /s/ *Gillian Williston* |
| Jabrael S. Hindi, Esq. | Gillian Williston, Esq. |
| Florida Bar No.: 118259 | Florida Bar No.: 14270 |
| THE LAW OFFICES OF JIBRAEL S. HINDI | TROUTMAN SANDERS LLP |
| 110 SE 6th Street, Suite 1744 | 222 Central Park Avenue, Suite 2000 |
| Fort Lauderdale, Florida 33301 | Virginia Beach, VA 23462 |
| Telephone: (954) 907-1136 | Telephone: (757) 687-7500 |
| Facsimile: (855) 529-9540 | Facsimile: (757) 687-7510 |
| E-mail: jibrael@jbraellaw.com | E-mail: gillian.williston@troutman.com |
| *Counsel for Plaintiff Elisabeth Franklin* | *Counsel for HS3, LLC d/b/a Go-Yo Frozen Yogurt* |

40728280