## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE No.  0:19-cv-62341

ELISABETH FRANKLIN,

     Plaintiff,

vs.

HS3, LLC.
d/b/a GO-YO FROZEN YOUGRT,

     Defendant.

_____/

### <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff ELISABETH FRANKLIN, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice of Voluntary Dismissal *with* Prejudice of the above styled action.

     DATED: December 6, 2019

          Respectfully Submitted,

          /s/ Jibrael S. Hindi
          **JIBRAEL S. HINDI, ESQ.**
          Florida Bar No.: 118259
          E-mail:   jibrael@jibraellaw.com
          **THOMAS J. PATTI, ESQ.**
          Florida Bar No.: 118377
          E-mail:   tom@jibraellaw.com
          The Law Offices of Jibrael S. Hindi
          110 SE 6th Street, Suite 1744
          Fort Lauderdale, Florida 33301
          Phone:   954-907-1136
          Fax:     855-529-9540

          *COUNSEL FOR PLAINTIFF*

.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on December 6, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

 /s/ Thomas J. Patti                                    .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com